## Charles A. Butler, Appellant, v. George Kirby and Helena C. Kirby, Appellees.

### Gen. No. 19,789.    (Not to be reported in full.)

Appeal form the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Affirmed. Opinion filed October 6, 1914.

### Statement of the Case.

Bill by Charles A. Butler against George Kirby, Helena C. Kirby (wife of George Kirby) and William Muhlenfeld to set aside a conveyance. The bill alleged, *inter alia,* that on November 13, 1912, Butler recovered a judgment in the Municipal Court of Chicago against said George Kirby in the sum of $1,598.59, upon which execution was issued and returned unsatisfied; that previous to the rendition of said judgment George Kirby was the owner of an undivided one-half interest, as joint tenant with said Helena C. Kirby, in certain premises in Cook county; that on February 2, 1912, previous to the rendition of said judgment but after the indebtedness upon which the same was rendered had accrued, Helena C. Kirby and George Kirby, with the intention of defrauding complainant and other creditors of George Kirby out of their just demands, conveyed said premises to said William Muhlenfeld for the consideration of $10, and that on the same day said Muhlenfeld conveyed the premises for a like consideration to said Helena C. Kirby. ' The bill prayed, *inter alia,* that as to the complainant said conveyances be set aside and declared null and void. The defendants, George Kirby and Helena C. Kirby, filed their joint and several answer, denying that complainant was entitled to the relief sought, and subsequently the case was heard by the chancellor in open court, resulting in the entry of a decree dismissing the

bill for want of equity, from which decree this appeal is prosecuted.

It appears that on January 4, 1911, the defendant Helena C. Kirby (then Helena C. Adamick) was married to said defendant George Kirby; that at the time of said marriage she was the owner in her own right of cash and securities of the value of more than $10,-000; that in May, 1911, she purchased the premises in question, paying therefor with her own money the sum of $6,000 in cash and assuming an existing mortgage thereon of $10,000; that at the earnest solicitation of George Kirby the deed to said premises was made to Helena C. Kirby and George Kirby, as joint tenants; that on February 2, 1912, Helena C. Kirby insisted that, as the property belonged to her, she be given the exclusive legal title therein, and that on said date the deeds to Muhlenfeld and from Muhlenfeld to her were executed and recorded.

CHARLES A. BUTLER, for appellant; FRANKLIN RABER, of counsel.

GEORGE E. SWARTZ, for appellees.

MR. JUSTICE GRIDLEY delivered the opinion of the court.

## Abstract of the Decision.

FRAUDULENT CONVEYANCES, § 270*—*when evidence insufficient to show.* On bill to set aside a conveyance between husband and wife on the ground that it 'was executed to defraud complainant and other creditors of the husband, evidence *held* insufficient to show such fraud, it appearing that the conveyance was made more than nine months before complainant recovered a judgment against the husband, and that the wife did not know of her husband's indebtedness to complainant until after the conveyance, and it also appearing that the premises were purchased with the wife's money.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.